IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-22-H-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| YOUSEF ABDULLA MOHAMED KAID, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court *sua sponte* to modify paragraph 7(d) of the order setting conditions of release for defendant (D.E. 88). The entity to which defendant shall surrender any passport shall be the United States Probation Office.

SO ORDERED, this 26th day of May 2016.

_____
James E. Gates
United States Magistrate Judge