IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-22-H(3)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| YOUSEF ABDULLA M. KAID | ) |

**ORDER AMENDING CONDITIONS OF RELEASE**

 For good cause shown, and with no objection from the United States, the Defendant's Conditions of Release are hereby modified to permit his travel from his residence to Brooklyn, New York, beginning Tuesday, September 13, 2016, and for his return to his residence in Durham, North Carolina not later than 9:00 P.M. Friday, September 16.
 Upon his return, Defendant shall notify the United States Probation Office in Raleigh of his return to his residence.
 The conditions in the original conditions of release shall remain in full force and effect.

 So Ordered, this the 13th day of September 2016.

_____
Malcolm J. Howard
Senior United States District Judge